In the Matter of COUNTY OF ONEIDA, Respondent, v NIRAV R. SHAH, M.D., M.P.H., Commissioner, New York State Department of Health, et al., Appellants, et al., Defendants. (Appeal No. 2.) [40 NYS3d 806]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered July 28, 2014 in a CPLR article 78 proceeding and a declaratory judgment action. The judgment, among other things, annulled the determinations of respondents-defendants-appellants denying petitioner-plaintiff's claims for reimbursement.

It is hereby ordered that the judgment so appealed from is reversed on the law without costs, the second amended

petition-complaint is denied in its entirety, and judgment is granted in favor of respondents-defendants as follows:

It is adjudged and declared that section 61 of part D of section 1 of chapter 56 of the Laws of 2012 has not been shown to be unconstitutional (*see Matter of County of Chemung v Shah*, 28 NY3d 244 [2016]).

All concur except Valentino, J., who is not participating. Present—Scudder, P.J., Smith, Lindley, Valentino and Whalen, JJ.